I do not agree with the quote from Slagle v. Parker,370 So.2d 947, 949 (Ala.), appeal dismissed, 444 U.S. 804,100 S.Ct. 24, 62 L.Ed.2d 17 (1979), that "[s]ince the right to bring an action for wrongful death is a product of the legislature, it can be modified, limited, or repealed as the legislature sees fit." I believe that §§ 1 and 35, Alabama Constitution of 1901, which provide that right to life is a fundamental *Page 1355 
right, combined with that portion of § 13, Alabama Constitution of 1901, which provides "that every person, for any injury done him, in his . . . person . . . shall have a remedy by due process of law," create a constitutional right of action for wrongful death that is excepted out of the general powers of government by § 36, Alabama Constitution of 1901.
I agree with all other portions of Justice Maddox's opinion and with the result reached.
SHORES, J., concurs.